BANK OF NEW YORK AND TRUST COMPANY, LAWRENCE R. CONDON and PETER HALL WALTON, as Committee of the Property of FRANK HALL, an Incompetent Person, Respondents, v. CHARLES V. SNEDEKER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FREDJA SANDLER, by SOL WINOGRADOFF, Her Attorney in Fact, for an Order Directing CHARLES H. KELMAN, Esq., and HONOUR B. GELSON, Esq., Attorneys at Law, to Turn over to Her and to Pay Certain Moneys Held by Them in Their Joint Account as Attorneys for Said FREDJA SANDLER and ANNA BENOWITZ, Tenants in Common of the Premises Known as GRESHAM COURT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELISHA SNIFFIN, as Trustee in Bankruptcy of ALFRED E. FIEGEL, Bankrupt, v. CRITERION ADVERTISING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT I. WEINGART v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL ROSENBLUM, INC., v. NATIONAL COLD STORAGE CO., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of OSCAR BLUTH for an Order against ALMER-INDO PORTFOLIO, as City Treasurer of the City of New York.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

NATIONAL THEATRE SUPPLY COMPANY v. CRELIAN AMUSEMENT CORPORATION and Others, Impleaded with LESTER R. BACHNER, as Trustee in Bankruptcy of JAYDO, INC., and FAIRDEAL ENTERPRISES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

IRVING TRUST COMPANY, as Trustee under the Last Will and Testament of SARAH AMELIA PEARSALL FAY, Deceased, etc., v. ANAHMA REALTY CORPORATION, and EDWARD J. PARKINSON, as Receiver of the Rents and Profits of Premises 342 Madison Avenue.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 812.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of GENNARO DEODATI v. PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, Commissioners, Who Were and Now Are Members of and Constitute the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 803.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ALFRED J. THOMAS in Behalf of Himself and All Other Persons Similarly Situated for an Order Pursuant to Article 78